| | |
|---|---|
| 1 | Thomas E. Campagne, #065375 |
| 2 | Travis R. Stokes, #225122 |
|   | Campagne & Campagne |
| 3 | A Professional Corporation |
|   | Fresno Airport Office Center |
| 4 | 1685 North Helm Avenue |
|   | Fresno, California 93727 |
| 5 | Telephone: (559) 255-1637 |
|   | Facsimile: (559) 252-9617 |

Attorneys for Plaintiff Thomas E. Campagne

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. CAMPAGNE, an individual, | Case No. 1:06-cv-00655-AWI-DLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR STAY PENDING INDEPENDENT MEDICAL REVIEW BY THE CALIFORNIA DEPARTMENT OF INSURANCE** |
| BC LIFE & HEALTH INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION AND ORDER FOR STAY PENDING INDEPENDENT MEDIAL REVIEW BY THE DEPARTMENT OF INSURANCE

1  IT IS HEREBY STIPULATED, by and between the parties, through their
2  respective counsel, that the below listed events be ordered as follows:
3      1.    That the entire action be stayed for 120 days (i.e., until 10/16/06) so
4  as to have the California Department of Insurance conduct an independent medical review
5  (IMR) of BC Life & Health Insurance Company's alleged failure and/or refusal to perform
6  its obligations as set forth in the policy of insurance (said independent medical review
7  process is estimated to take no longer than ninety (90) days);
8      2.    That the scheduling conference originally scheduled for
9  September 5, 2006 before U.S. Magistrate Judge Dennis L. Beck be vacated and
10 rescheduled by the Clerk of the Court for a later date in light of the 90 day stay for the
11 completion of the independent medical review (IMR) process; and
12     3.    That, similarly, any and all pending discovery responses are stayed
13 for 120 days (until 10/16/06).

14 Dated: June 19, 2006     Campagne & Campagne,
                          A Professional Corporation

16                        By    /s/ Travis R. Stokes
17                            Travis R. Stokes
                            Attorneys for Plaintiff

19 Dated: June 19, 2006     Legal Department
20                          Blue Cross of California

22                        By    /s/ Brian F. Rowe
                            Brian F. Rowe
23                          Attorneys for Defendant

24 THE ABOVE IS SO ORDERED.

25 Date: June 21, 2006            /s/ *Dennis L. Beck*
26                              U.S. MAGISTRATE JUDGE

27 slt:F:\DATA\docs\CAMPAGNE\BC Life\Federal Court Files\Stip to Stay Litigation.doc

28

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION AND ORDER FOR STAY PENDING INDEPENDENT MEDIAL REVIEW BY THE DEPARTMENT OF INSURANCE

Page 1