**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| THOMAS E. CAMPAGNE, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BC LIFE & HEALTH INSURANCE ) <br> COMPANY, a corporation, and DOES 1 ) <br> through 10, inclusive, ) <br> ) <br> Defendants. ) | Case No. 1:06-cv-00655-AWI-DLB <br><br> **ORDER** <br><br> Complaint Filed: April 19, 2006 |

On or about August 4, 2006, Plaintiff Thomas E. Campagne filed a Notice of Voluntary Dismissal pursuant to FRCP 41(a)(1).

In <u>Wilson v. City of San Jose</u>, 111 F.3d 688 (9th Cir. 1997), the Ninth Circuit explained that under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. <u>Wilson</u>, 111 F.3d at 692; <u>Concha v. London</u>, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing <u>Hamilton v. Shearson-Lehman American Express</u>, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. <u>Wilson</u>, 111 F.3d at 692. The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are

the subjects of the notice. Concha, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Wilson, 111 F.3d at 692. Such a dismissal leaves the parties as though no action had been brought. Id.

No answers to Plaintiffs's complaint and no motions for summary judgment have been filed in this case, and it appears that no such answers or summary judgment motions have been served. Because Plaintiff has exercised his right to voluntarily dismiss his complaint without prejudice under Rule 41(a)(1), this case has terminated

Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light of Plaintiffs's Rule 41(a)(1) Voluntary Dismissal without prejudice.

IT IS SO ORDERED.

**Dated:   August 24, 2006           /s/ Anthony W. Ishii**
0m8i78                             UNITED STATES DISTRICT JUDGE

2